# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-  Case No. 6:06-cr-102-Orl-31KRS

NEVIN CARL CLEMMER

---

## REPORT AND RECOMMENDATION

### TO THE UNITED STATES DISTRICT COURT

Pursuant to Local Rule 6.01(c)(16), on June 23, 2006, I conducted the Final Probation Revocation Hearing of the Defendant on the Petition for Warrant or Summons for Offender Under Supervision filed June 7, 2006 by Probation Officer DeCarlos Sheppard.

In the Petition, Probation Officer DeCarlos Sheppard alleges the Defendant was in violation of:

- Condition 6

Which states that the defendant shall notify the probation officer within 72 hours of any change in residence or employment.

On May 11, 2006, the defendant failed to notify his probation officer at least 10 days prior to his change of residence from 3300 W. Colonial Drive, #276, Orlando, Florida, to 4039 C Seashell Drive, Orlando, Florida.

The Government presented evidence which established that the defendant committed the violation as set forth in the second paragraph in the Petition for Warrant or Summons for Offender Under Supervision. I recommend that the alleged violation as set forth in the first paragraph in the

Petition for Warrant or Summons for Offender Under Supervision be dismissed without prejudice for the reasons set forth in my order denying the motion to amend the petition.

Accordingly, the undersigned finds that the Defendant has violated the terms of his supervised release and respectfully recommends that the Court enter an Order to Show Cause why his supervised release should not be revoked.

The Defendant is in custody of the U.S. Marshal pending sentencing.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days of the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on this 10th day of July, 2006.

KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
United States Attorney
United States Probation Office
Counsel for Defendant
Nevin Carl Clemmer