# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**  Case No.  6:06-cr-102-Orl-31KRS

**NEVIN CARL CLEMMER**

_____

## JUDGMENT ON REVOCATION OF SUPERVISED RELEASE

This matter came before the Court on August 25, 2006 for consideration of two Report and Recommendations rendered by Magistrate Judge Karla R. Spaulding (Doc. No. 22 and 34), after a Final Probation Revocation Hearing on a Petition for Revocation (Doc. No. 3) and Amended Petition (Doc. No. 33) filed by the Probation Officer on June 7, 2006 and August 15, 2006.  The Defendant was represented at the hearing by Michelle Smith, U.S. Public Defender.  The assigned assistant United States attorney was not present.

Upon consideration thereof, it is **ORDERED**

(1)  the Report and Recommendation (Doc. 22) finding that the defendant violated is supervised release  is OVERRULED and the Petition to Revoke Supervised Release is DENIED;

(2)   the Report and Recommendation (Doc. 34) finding that the defendant did not violate is supervised release is APPROVED and the Amended Petition to Revoke Supervised Release is DENIED;

(3) the  Defendant's supervised release is hereby **RESTORED** and the defendant is continued on his previous terms and conditions of supervised release.

**DATED AND ORDERED** in Orlando, Florida on August 25, 2006.

Copies to:
Bureau of Prisons
Attorney for Defendant
U.S. Attorney's Office
U.S. Probation
U.S. Marshal
Defendant

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE